**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  May 28, 2020

Anna Benvenutti Hoffmann
Mr. Nick J. Brustin
Ms. Emma Freudenberger
Ms. Amelia Green
Ms. Bettina Kay Roberts
Neufeld Scheck & Brustin
99 Hudson Street, 8th Floor
New York, NY 10013

Mr. Michael T Berger
Ms. Kali May Lester Henderson
Mr. T. Joseph SewardSeward Henderson
210 E. Third Street, Suite 212
Royal Oak, MI 48067

Mr. William H. Goodman
Ms. Julie H. Hurwitz
Ms. Kathryn Bruner James
Goodman & Hurwitz
1394 E. Jefferson Avenue
Detroit, MI 48207

Re:  Case No. 19-1612, *Davontae Sanford v. City of Detroit, MI, et al*
Originating Case No. : 2:17-cv-13062

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc:  Mr. David J. Weaver

Enclosure

Mandate to issue